```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ARIZONA
```

| | |
|---|---|
| **Daljinder Singh,** | ) |
| Petitioner, | ) CIV 12-01284 PHX GMS MEA |
| v. | ) REPORT AND RECOMMENDATION |
| **Eric H. Holder, Jr., Janet Napolitano, Katrina S. Kane,** | ) |
| Respondents. | ) |

**TO THE HONORABLE G. MURRAY SNOW:**

      Mr. Daljinder Singh ("Petitioner"), who is represented by counsel in this matter, filed a Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief pursuant to 28 U.S.C. § 2241 on June 14, 2012, alleging his continued detention by Respondents violates federal law and his constitutional rights. Respondent filed a Response in Opposition to Petition for Writ of Habeas Corpus ("Response") (Doc. 24) on July 20, 2012. Petitioner filed a reply (Doc. 26) to the response on July 25, 2012.

      On August 8, 2012, Petitioner, through counsel, filed a motion seeking to dismiss his suit seeking a petition for a writ of habeas corpus as moot. <u>See</u> Doc. 28.

**IT IS RECOMMENDED** that Petitioner's motion to dismiss be **granted** and that this matter be **dismissed with prejudice** as moot.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment.

Pursuant to Rule 72(b), Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. Thereafter, the parties have fourteen (14) days within which to file a response to the objections. Pursuant to Rule 7.2, Local Rules of Civil Procedure for the United States District Court for the District of Arizona, objections to the Report and Recommendation may not exceed seventeen (17) pages in length.

Failure to timely file objections to any factual or legal determinations of the Magistrate Judge will be considered a waiver of a party's right to de novo appellate consideration of the issues. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Failure to timely file objections to any factual or legal determinations of the Magistrate Judge will constitute a waiver of a party's right to appellate review of the findings of fact and conclusions of law in an order or judgment entered pursuant to the recommendation of the Magistrate Judge.

DATED this 23rd day of August, 2012.

_____
Mark E. Aspey
United States Magistrate Judge

-3-